# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**JADE ADAM STEWART**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **08-CR-0002 CMK**

John Kucera
Defendant's Attorney

## THE DEFENDANT:

[✔]   pleaded guilty to count(s): II of the Complaint .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR 8341.1(f)(4) | Operate Vehicle Causing Damage | 1/31/2008 | II |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔]   Count(s) I of the Complaint  (is)(are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.                    [✔]   Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**FILED**

MAY  8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5/6/2008
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**CRAIG M. KELLISON**, United States Magistrate Judge
Name & Title of Judicial Officer

5/7/08
Date

| CASE NUMBER: | 08-CR-0002 CMK | Judgment - Page 2 of 2 |
|---|---|---|
| DEFENDANT: | JADE ADAM STEWART | |

# PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of <u>one year</u> .

Probation shall terminate upon payment of the fine and restitution in full.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as follows:

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $ 225.00 | $ 297.00 |

[X ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bureau of Land Management<br>355 Hemsted Drive<br>Redding, CA 96002 | | $297.00 | |

Restitution to be paid in full on or before August 1, 2008.

[X ]  Payment of the fine and assessment shall be made  in monthly installments of $ <u>100.00</u> beginning September 1, 2008, and continuing until paid in full, payable to Clerk,  U.S. District Court, 501 I Street, Sacramento, CA 95814.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.